IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:14CR79 |
| Plaintiff, | |
| vs. | ORDER |
| AARON MCDONALD, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Sentencing (filing 52) is granted.

2. Defendant Aaron McDonald's sentencing is continued to Thursday, April 16, 2015, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 6th day of February, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge